UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 28, 2022   **Time:** 9:00 – 10:10   **Judge:** BETH LABSON FREEMAN

Total Time: 1 Hr 10 Mins

**Case No.:** 5:16-cr-00150-BLF-1   **Case Name:** UNITED STATES v. Guizar-Cuellar

**Attorney for Plaintiff:** Marissa Harris, Annie Hsieh
**Attorney for Defendant:** Carleen Arlidge for Ariel Guizar-Cuellar - P/C

**Deputy Clerk:** Tiffany Salinas-Harwell   **Reported by:** Summer Fisher
**Interpreter:** N/A   **Probation Officer:** Katrina Chu

## PROCEEDINGS

**SENTENCING HEARING**

Sentencing hearing held.

The Defendant is Sentenced to the custody of the Bureau of Prisons for a total term of 460 months. This term consists of 60 months on Count 1, 460 months on Counts 2, 3, and 4, and 360 months on Count 5, all counts to be served concurrently with each other.
Additionally, this term runs currently to the remainder of the undischarged term of imprisonment in the Orange County Superior Court, Docket No. 16NF0460, pursuant to USSG §5G1.3(b)(2).

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 15 years. This term consists of terms of 3 years on Count 1 and 15 years on each of Counts 2, 3, 4, and 5, all such terms to run concurrently.

The Court Orders a Special Assessment Fee in the amount of $500.00; Fine Waived and Restitution in an amount to be determined and Forfeiture as Stated on the Record.

The Court makes the following recommendations to the Bureau of Prisons:
The defendant participate in the Bureau of Prison's Residential Drug Abuse Treatment Program and a sex offender specific treatment program. Additionally, the Court recommends that the defendant participate in psychological and educational programs as deemed appropriate.

Status Report regarding Judgment to be filed by 10/07/2022.

Restitution hearing set for 12/13/2022 09:00 a.m.  Defendant Ariel Guizar-Cuellar waives appearance at restitution hearing.

///

Courtroom Deputy
Original E-Filed

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter